IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv03

| | |
|---|---|
| GERALDINE CHURCH, ) ) Plaintiff, ) ) vs. ) ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action, pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10].

Counsel for the Defendant has informed the Court that there is no opposition. For the reasons stated, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action, pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10] is hereby **GRANTED** and this action is hereby **DISMISSED**.

Signed: July 2, 2012

Martin Reidinger
United States District Judge