# United States District Court
# For The Western District of North Carolina
# Asheville Division

GERALDINE CHURCH,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:12cv03

MICHAEL J. ASTRUE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 02, 2012 Order.

                                                      Signed: July 11, 2012

                                                      Frank G. Johns, Clerk
                                                      United States District Court